IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiff, ) ) | Case No.: 1:14-CV-01225 |
| vs. ) ) | Judge Milton I. Shadur |
| CLEANIS, INC., et al., ) ) | Magistrate Judge Jeffrey Cole |
| Defendants. ) | |

**DEFENDANT CLEANIS, INC.'S NOTICE OF WITHDRAWING ITS FIRST, SECOND, THIRD, FOURTH, AND FIFTH AFFIRMATIVE DEFENSES**

COMES NOW Defendant Cleanis, Inc., by and through its undersigned counsel, and hereby withdraws without prejudice its First, Second, Third, Fourth, and Fifth Affirmative Defenses.

Dated: June 18, 2014　　　　　　　　　　GREENSFELDER, HEMKER & GALE, P.C.

　　　　　　　　　　　　　　　　　　　By　　/s/  Mary Ann L. Wymore
　　　　　　　　　　　　　　　　　　　　　Mary Ann L. Wymore
　　　　　　　　　　　　　　　　　　　　　David P. Niemeier
　　　　　　　　　　　　　　　　　　　　　10 South Broadway, Suite 2000
　　　　　　　　　　　　　　　　　　　　　St. Louis, Missouri  63102
　　　　　　　　　　　　　　　　　　　　　Telephone: (314) 241-9090
　　　　　　　　　　　　　　　　　　　　　Facsimile: (314) 345-5499

　　　　　　　　　　　　　　　　　　　　　Thadford A. Felton
　　　　　　　　　　　　　　　　　　　　　Valerie G. Lipic
　　　　　　　　　　　　　　　　　　　　　200 West Madison Street, Suite 2700
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 419-9090
　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 419-1930

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Cleanis, Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 18th day of June, 2014, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                           /s/ Mary Ann L. Wymore

1484699