# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

AL and PO Corporation

                              Plaintiff,

v.                                                   Case No.: 1:14–cv–01225
                                                           Honorable Milton I. Shadur

Cleanis, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2014:

        MINUTE entry before the Honorable Milton I. Shadur: This case is dismissed without prejudice and without costs, with leave granted to request reinstatement or to enforce the settlement agreement on or before September 15, 2014. If no such motion or a motion to extend time to request reinstatement is noticed up for presentment by September 15, 2014, this dismissal will become with prejudice on September 16, 2014. Status set for July 22, 2014 is vacated. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.